IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Laura J. Miller, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Farmers Insurance Exchange, )<br>a/k/a Farmers Group, Inc., a/k/a )<br>Farmers Insurance Group, )<br>)<br>Defendant. ) | Case No. CIV-15-617-L |

ADMINISTRATIVE CLOSING ORDER

On the representations from counsel for both sides that the parties have reached a settlement and compromise, it is ordered that the Clerk administratively terminate this action in his records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not reopened this case within 45 days of this date for the purpose of dismissal pursuant to the settlement compromise, Plaintiff's action shall be deemed to be dismissed with prejudice.

IT IS SO ORDERED this 23rd day of February, 2016.

*Tim Leonard*
TIM LEONARD
United States District Judge