## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  LAURA J. MILLER, | ) | |
| | ) | |
|         Plaintiff, | ) | |
| v. | ) | CIV-15-617-L |
| | ) | |
| 1.  FARMERS INSURANCE | ) | |
|     EXCHANGE, a/k/a FARMERS | ) | |
|     GROUP, INC., a/k/a FARMERS | ) | |
|     INSURANCE GROUP, | ) | |
| | ) | **ATTORNEY LIEN CLAIMED** |
|         Defendant. | ) | **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Laura J. Miller, hereby stipulates with the Defendant that her claims in the above styled and numbered action shall be dismissed with prejudice.  The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 24th DAY OF MARCH, 2016.**

s/ Lauren W. Johnston
Jana B. Leonard, OBA # 17844
Lauren W. Johnston, OBA # 22341
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Telephone:   405-239-3800
Facsimile:    405-239-3801
leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net
*Counsel for Plaintiffs*

s/ J. Randall Coffey
*(Signed with permission)*
J. Randall Coffey
FISHER & PHILLIPS, LLP
4900 Main Street, Suite 650
Kansas City, MO 64112
Telephone (816) 842-8770
Facsimile (816)842-8767
rcoffey@laborlaw.com

and

B. Gore Gaines
Lytle, Soulé & Curlee
119 N. Robinson Ave., Suite 1200
Oklahoma City, OK 73102
Telephone (405) 235-7471
Facsimile (405) 232-3852
gaines@lytlesoule.com
**Counsel for Defendant**